UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENE ORTIZ, AKA El Sariqueno, on behalf of El Municipio de Saric Sonora Mexico (Mayor Edgar Valenzuela) Es Estado De Sonora, Mexico, Estados Unidos Mexicanos,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA, named as United States Government; et al.,<br><br>Defendants - Appellees. | No. 25-140<br><br>D.C. No. 2:24-cv-02417-JAT District of Arizona, Phoenix<br><br>ORDER |

Appellant has not timely filed the opening brief and has not filed a motion to proceed in forma pauperis or proof that fees were paid to the district court, as ordered by this court on January 8, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT